UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20886-CIV-KMW

| | |
|---|---|
| DIVA GRACIELA GALLARDO, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ENRIQUE UBARRI, | ) |
| LILLIANA TORRES, | ) |
| Defendants. | ) |

## PLAINTIFF'S STATEMENT OF CLAIM[1]

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

Period Claimed: 12/10/14-12/31/14
    Weeks: 3weeks
    Hours (worked per week): 144 hours
    State Minimum wage: $7.93/hr.
    Wage paid: $3.47/hr
    Wage owed: $4.46/hr

---

[1] Plaintiff's calculation of damages is based on the Florida Minimum Wage rate (as opposed to the Federal Minimum Wage rate). *See, Touzout v. Am. Best Car Rental KF Corp.,* 15-61767-CV, 2017 WL 2541225, at *1 (S.D. Fla. June 12, 2017)("pursuant to 29 U.S.C. Section 218, part of the FLSA, employers must comply with any state law that establishes a minimum wage higher than the minimum wage under the FLSA. 29 U.S.C § 218(a). Furthermore, courts in the Southern District of Florida have generally used the Florida minimum wage to calculate damages in cases brought under the FLSA. *Isaula v. Chicago Restaurant Group, LLC*, No. 13–CV–24387–JLK, 2014 WL 3477917, (S.D. Fla. Jul. 11, 2014); *Ortiz v. Santuli Corp.*, No. 08–20218–Civ, 2010 WL 2926517 (S.D. Fla. Jul. 23, 2010); *Roldan v. Pure Air Solutions, Inc.*, No. 07–22203–Civ, 2009 WL 198911 (S.D. Fla. Jan. 27, 2009)."); *See also*, 29 C.F.R. § 541.4 ("Employers must comply, for example, with any Federal, State or municipal laws, regulations or ordinances establishing a higher minimum wage or lower maximum workweek than those established under the Act."). *See also*, 29 C.F.R. § 778.5 ("Where a higher minimum wage than that set in the Fair Labor Standards Act is applicable to an employee by virtue of such other legislation, the regular rate of the employee, as the term is used in the Fair Labor Standards Act, cannot be lower than such applicable minimum, for the words "regular rate at which he is employed" as used in section 7 must be construed to mean the regular rate at which he is lawfully employed.").

<u>Amount owed:</u> $4.46/hr X 3 weeks X 144 hours = $1,926.72

<u>Period Claimed:</u> 1/1/15-11/20/15
    <u>Weeks:</u> 46 weeks
    <u>Hours (worked per week):</u> 144 hours
    <u>State Minimum wage:</u> $8.05/hr.
    <u>Wage paid:</u> $3.47/hr
    <u>Wage owed:</u> $4.58/hr
    <u>Amount owed:</u> $4.58/hr X 46 weeks X 144 hours = $30,337.92

<u>Period Claimed:</u> 8/8/16 -12/31/16
    <u>Weeks:</u> 20 weeks
    <u>Hours (worked per week):</u> 96 hours
    <u>State Minimum wage:</u> $8.05/hr.
    <u>Wage paid:</u> $5.20/hr
    <u>Wage owed:</u> $2.85/hr
    <u>Amount owed:</u> $2.85/hr X 20 weeks X 96 hours = $5,472.00

<u>Period Claimed:</u> 1/1/17 -12/31/17
    <u>Weeks:</u> 52 weeks
    <u>Hours (worked per week):</u> 96 hours
    <u>State Minimum wage:</u> $8.10/hr.
    <u>Wage paid:</u> $5.20/hr
    <u>Wage owed:</u> $2.90/hr
    <u>Amount owed:</u> $2.90/hr X 52 weeks X 96 hours = $14,476.80

<u>Period Claimed:</u> 1/1/18 -2/16/18
    <u>Weeks:</u> 6 weeks (rounded down)
    <u>Hours (worked per week):</u> 96 hours
    <u>State Minimum wage:</u> $8.25/hr.
    <u>Wage paid:</u> $5.20/hr
    <u>Wage owed:</u> $3.05/hr
    <u>Amount owed:</u> $3.05/hr X 6 weeks X 96 hours = $1,756.80

Total minimum wages unpaid and liquidated damages: $53,970.24 X 2 = $107,940.48, ***exclusive of* attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 4.6 hours X $390.00 per hour = $1,794.00
Rivkah Jaff, Esq. – 4.7 hours X $290.00 per hour = $1,363.00
Neil Tobak, Esq. – 2.3 hours X $290.00 per hour = $667.00
Costs - $450

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.
\*\*\* Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves the right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Rivkah F. Jaff, Esq. ___
      Rivkah F. Jaff, Esquire
      Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 3/16/18 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:_____/s/ Rivkah F. Jaff_____**
        **RIVKAH F. JAFF, ESQ.**