UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-Williams/Torres

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

### **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, ENRIQUE UBARRI ("Defendant Ubarri") and LILLIANA TORRES ("Defendant Torres") (collectively referred to as "Defendants"), pursuant to the Notice of Court Practice in FLSA Cases and Referral to Magistrate Judge for Settlement Conference and Fairness Determination [D.E. 6], hereby file their Response to Plaintiff's Statement of Claim [D.E. 10], and respectfully state as follows:

  1. Plaintiff Gallardo began her employment with Defendants as a live-in nanny for their twin sons on or about December 10, 2014. Plaintiff Gallardo worked from on or about December 10, 2014 until October 30, 2015 except that she did not work from October 1, 2015 to October 5, 2015. During the December 10, 2014 to October 30, 2015 time period, Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

2. From November 2015 to on or about August 2016, Plaintiff Gallardo did <u>not</u> work for the Defendants.  In October 2015, Plaintiff Gallardo told the Defendants that she was traveling to Uruguay, her home country, for her daughter's wedding and the holidays.

3. Defendants did not hear from Plaintiff Gallardo until on or about June 2016.  During a phone call with Defendant Torres, Plaintiff Gallardo informed her that she was employed in a position that only required her to work three days a week and was looking for additional work.

4. Plaintiff Gallardo became re-employed on or about June 24, 2016 with Defendants for weekend work only (approximately 10.5 hours of total time).  During this period she was compensated Two-Hundred Twenty Dollars ($220.00) each week.  Plaintiff Gallardo continued to perform weekend work only until approximately July 10, 2016.

5. Plaintiff Gallardo did not work from July 10, 2016 to August 8, 2016.

6. On or about August 8, 2016, Plaintiff Gallardo resumed working for the Defendants as a live-in nanny.  Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.  This work schedule continued until on or about December 23, 2016.  During the time period beginning on or about August 8, 2016 until December 23, 2016, Plaintiff Gallardo did <u>not</u> work From September 30, 2016 to October 3, 2016; December 8, 2016 to December 11, 2016; and December 24, 2016 through December 31, 2016.

7. Plaintiff resumed work on or about January 6, 2017.

8. Plaintiff Gallardo worked from January 6, 2017 until March 27, 2017.  During this period Plaintiff did <u>not</u> work from March 9, 2017 to March 12, 2017.  On March 27, 2017, Plaintiff Gallardo left to Uruguay for her granddaughter's birthday celebration.  During the period of time that she worked from January 6, 2017 until March 27, 2017, Plaintiff Gallardo was scheduled to

work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

9. Plaintiff Gallardo resumed working for Defendants on or about April 17, 2017 until August 4, 2017. Plaintiff Gallardo was absent from work on June 19, 2017 and did not perform any work on that day. Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

10. Plaintiff Gallardo resumed working on or about August 13, 2017 until September 7, 2017. During this period of employment, Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

11. Plaintiff resumed work on or about September 18, 2017 until on or about November 22, 2017. Plaintiff Gallardo was absent from work on November 8, 2017 and November 12, 2017. During this period of employment (September 18, 2017 to November 22, 2017), Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

12. On November 25, 2017, Plaintiff resumed her work until December 23, 2017. During this period of employment, Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

13. Plaintiff did not work from December 24, 2017 through January 8, 2018.

14. Plaintiff resumed work on January 9, 2018 until she was terminated from employment on February 15, 2018 for misconduct, that is, hitting the children.  During this period of time, Plaintiff Gallardo did <u>not</u> work January 12, 2018 to January 15, 2018, February 13, 2018 and February 16, 2018.   Plaintiff Gallardo was also not at home to assist with the care of the children, a task that she was hired to perform, for a substantial part of the day on February 14, 2018.  During this period of time, Plaintiff Gallardo was scheduled to work Monday through Saturday for less than forty (40) hours a week and was compensated Five Hundred Dollars ($500) regardless of the number of hours (40 hours or less) worked each week.

15. A chart of wages paid during her periods of employment is as follows:

| Dates worked | Date – Payment of Wages | Amount of Wages |
|---|---|---|
| 12.10.14 to 12.14.14 | 12.13.14 | $500.00 |
| 12.15.14 to 12.21.14 | 12.18.14 | $500.00 |
| 12.22.14 to 12.28.14 | 12.27.14 | $500.00 |
| 12.29.14 to 1.4.15 | 01.04.15 | $500.00 |
| 1.5.15 to 1.11.15 | 01.10.15 | $500.00 |
| 1.12.15 to 1.18.15 | 01.17.15 | $500.00 |
| 1.19.15 to 1.25.15 | 01.25.15 | $500.00 |
| 1.26.15 to 2.1.15 | 02.02.15 | $500.00 |
| 2.2.15 to 2.8.15 | 02.07.15 | $500.00 |
| 2.9.15 to 2.15.15 | 02.15.15 | $500.00 |
| 2.16.15 to 2.22.15 | 02.21.15 | $500.00 |
| 2.23.15 to 3.1.15 | 02.26.15 | $500.00 |
| 3.2.15 to 3.8.15 | 03.07.15 | $500.00 |
| 3.9.15 to 3.15.15 | 03.14.15 | $500.00 |
| 3.16.15 to 3.22.15 | 03.21.15 | $500.00 |
| 3.23.15 to 3.29.15 | 03.28.15 | $500.00 |
| 3.30.15 to 4.5.15 | 04.04.15 | $500.00 |
| 4.6.15 to 4.12.15 | 04.11.15 | $500.00 |
| 4.13.15 to 4.19.15 | 04.18.15 | $500.00 |
| 4.20.15 to 4.26.15 | 04.25.15 | $500.00 |
| 4.27.15 to 5.3.15 | 05.02.15 | $500.00 |
| 5.4.15 to 5.10.15 | 05.10.15 | $500.00 |
| 5.11.15 to 5.17.15 | 05.16.15 | $500.00 |
| 5.18.15 to 5.24.15 | 05.23.15 | $500.00 |
| 5.25.15 to 5.31.15 | 05.30.15 | $500.00 |

| | | |
|---|---|---|
| 6.1.15 to 6.7.15 | 06.06.15 | $500.00 |
| 6.8.15 to 6.14.15 | 06.13.15 | $500.00 |
| 6.15.15 to 6.21.15 | 06.20.15 | $500.00 |
| 6.22.15 to 6.28.15 | 06.27.15 | $500.00 |
| 6.29.15 to 7.5.15 | 07.04.15 | $500.00 |
| 7.6.15 to 7.12.15 | 07.11.15 | $500.00 |
| 7.13.15 to 7.19.15 | 07.18.15 | $500.00 |
| 7.20.15 to 7.26.15 | 07.25.15 | $500.00 |
| 7.27.15 to 8.2.15 | 08.01.15 | $500.00 |
| 8.3.15 to 8.9.15 | 08.08.15 | $500.00 |
| 8.10.15 to 8.16.15 | 08.15.15 | $500.00 |
| 8.17.15 to 8.23.15 | 08.23.15 | $500.00 |
| 8.24.15 to 8.30.15 | 08.29.15 | $500.00 |
| 8.13.15 to 9.6.15 | 09.06.15 | $500.00 |
| 9.7.15 to 9.13.15 | 09.12.15 | $500.00 |
| 9.14.15 to 9.20.15 | 09.19.15 | $500.00 |
| 9.21.15 to 9.27.15 | 09.27.15 | $500.00 |
| 9.28.15 to 10.4.15 | 10.01.15 | $500.00 |
| 10.5.15 to 10.11.15 | 10.10.15 | $500.00 |
| 10.12.15 to 10.18.15 | 10.17.15 | $500.00 |
| 10.19.15 to 10.25.15 | 10.25.15 | $500.00 |
| 10.26.15 to 11.1.15 | 11.01.15 | $500.00 |
| 11.2.15 to 11.8.15 | 11.08.15 | $500.00 |
| 11.9.15 to 11.15.15 | 11.14.15 | $500.00 |
| 6.24.16 to 6.26.16 | 06.26.16 | $220.00 |
| 7.1.16 to 7.3.16 | 07.03.16 | $220.00 |
| 7.8.16 to 7.10.16 | 07.10.16 | $220.00 |
| 8.8.16 to 8.14.16 | 08.12.16 | $500.00 |
| 8.15.16 to 8.21.16 | 08.21.16 | $500.00 |
| 8.22.16 to 8.28.16 | 08.29.16 | $500.00 |
| 8.29.16 to 9.4.16 | 09.04.16 | $500.00 |
| 9.5.16 to 9.11.16 | 09.12.16 | $500.00 |
| 9.12.16 to 9.18.16 | 09.19.16 | $500.00 |
| 9.19.16 to 9.25.16 | 09.25.16 | $500.00 |
| 9.26.16 to 10.2.16 | 09.29.16 | $500.00 |
| 10.3.16 to 10.9.16 | 10.09.16 | $500.00 |
| 10.10.16 to 10.16.16 | 10.18.16 | $500.00 |
| 10.17.16 to 10.23.16 | 10.22.16 | $500.00 |
| 10.24.16 to 10.30.16 | 10.30.16 | $500.00 |
| 11.1.16 to 11.6.16 | 11.07.16 | $500.00 |
| 11.7.16 to 11.13.16 | 11.12.16 | $500.00 |
| 11.14.16 to 11.20.16 | 11.21.16 | $500.00 |
| 11.21.16 to 11.27.16 | 11.28.16 | $500.00 |
| 11.28.16 to 12.4.16 | 12.05.16 | $500.00 |
| 12.5.16 to 12.11.16 | 12.08.16 | $500.00 |

| 12.12.16 to 12.18.16 | 12.19.16 | $500.00 |
| --- | --- | --- |
| 12.19.16 to 12.25.16 | 12.23.16 | $500.00 |
| 1.6.17 to 1.8.17 | 01.13.17 | $500.00 |
| 1.9.17 to 1.15.17 | 01.14.17 | $500.00 |
| 1.16.17 to 1.22.17 | 01.23.17 | $500.00 |
| 1.23.17 to 1.29.17 | 01.30.17 | $500.00 |
| 1.30.17 to 2.5.17 | 02.06.17 | $500.00 |
| 2.6.17 to 2.12.17 | 02.12.17 | $500.00 |
| 2.13.17 to 2.19.17 | 02.19.17 | $500.00 |
| 2.20.17 to 2.26.17 | 02.27.17 | $500.00 |
| 2.27.17 to 3.5.17 | 03.06.17 | $500.00 |
| 3.6.17 to 3.12.17 | 03.09.17 | $500.00 |
| 3.13.17 to 3.19.17 | 03.20.17 | $500.00 |
| 3.20.17 to 3.26.17 | 03.27.17 | $500.00 |
| 4.17.17 to 4.23.17 | 04.24.17 | $500.00 |
| 4.24.17 to 4.30.17 | 05.01.17 | $500.00 |
| 5.1.17 to 5.7.17 | 05.08.17 | $500.00 |
| 5.8.17 to 5.14.17 | 05.13.17 | $500.00 |
| 5.15.17 to 5.21.17 | 05.20.17 | $500.00 |
| 5.22.17 to 5.28.17 | 05.30.17 | $500.00 |
| 5.29.17 to 6.4.17 | 06.05.17 | $500.00 |
| 6.5.17 to 6.11.17 | 06.11.17 | $500.00 |
| 6.12.17 to 6.18.17 | 06.17.17 | $500.00 |
| 6.19.17 to 6.25.17 | 06.25.17 | $500.00 |
| 6.26.17 to 7.2.17 | 06.30.17 | $500.00 |
| 7.3.17 to 7.9.17 | 07.09.17 | $500.00 |
| 7.10.17 to 7.16.17 | 07.15.17 | $500.00 |
| 7.17.17 to 7.23.17 | 07.23.17 | $500.00 |
| 7.24.17 to 7.30.17 | 07.30.17 | $500.00 |
| 7.21.17 to 8.6.17 | 08.04.17 | $500.00 |
| 8.13.17 to 8.20.17 | 08.20.17 | $500.00 |
| 8.21.17 to 8.27.17 | 08.27.17 | $500.00 |
| 8.28.17 to 9.3.17 | 09.05.17 | $500.00 |
| 9.4.17 to 9.10.17 | 09.07.17 | $500.00 |
| 9.18.17 to 9.24.17 | 09.25.17 | $500.00 |
| 9.25.17 to 10.1.17 | 10.01.17 | $500.00 |
| 10.2.17 to 10.8.17 | 10.08.17 | $500.00 |
| 10.9.17 to 10.15.17 | 10.15.17 | $500.00 |
| 10.16.17 to 10.22.17 | 10.21.17 | $500.00 |
| 10.23.17 to 10.29.17 | 10.28.17 | $500.00 |
| 10.30.17 to 11.5.17 | 11.05.17 | $500.00 |
| 11.6.17 to 11.12.17 | 11.13.17 | $500.00 |
| 11.13.17 to 11.19.17 | 11.19.17 | $500.00 |
| 11.20.17 to 11.26.17 | 11.26.17 | $500.00 |
| 11.27.17 to 12.3.17 | 12.03.17 | $500.00 |

| 12.4.17 to 12.10.17 | 12.11.17 | $500.00 |
| --- | --- | --- |
| 12.11.17 to 12.17.17 | 12.19.17 | $500.00 |
| 12.18.17 to 12.24.17 | 12.22.17 | $500.00 |
| 1.9.18 to 1.14.18 | 01.11.18 | $500.00 |
| 1.15.18 to 1.21.18 | 01.22.18 | $500.00 |
| 1.22.18 to 1.28.18 | 01.28.18 | $500.00 |
| 1.29.18 to 2.4.18 | 02.05.18 | $500.00 |
| 2.5.18 to 2.11.18 | 02.12.18 | $500.00 |
| 2.12.18 to 2.18.18 | 02.17.18 | $500.00 |

DATED this 2nd day of April 2018.

Respectfully submitted,

_____s/Ena T. Diaz_____
Ena T. Diaz
Florida Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for the Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.:  (305) 377-8828
Fax.: (305) 356-1311
ediaz@enadiazlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed Defendants' Response to Plaintiff's Statement of Claim (Case No. 18-cv-20886-KMW) with the Clerk of Court by using the CM/ECF system which will in turn send a notice of electronic filing to counsel for Plaintiff, Rivkah F. Jaff, Esq., (rivkah.jaff@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 2nd day of April 2018.

_____s/Ena T. Diaz_____
Ena T. Diaz