UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20886-CIV-KMW

DIVA GRACIELA GALLARDO,               )
                                      )
            Plaintiff,                )
     vs.                              )
                                      )
ENRIQUE UBARRI,                       )
LILLIANA TORRES,                      )
                                      )
            Defendants.               )
                                      )

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE DEADLINE TO AMEND PLEADINGS OR JOIN PARTIES**

**COMES NOW** the Plaintiff, by and through undersigned counsel, and filed the above-styled Unopposed Motion, and in support thereof states as follows:

1. Per the Court's Scheduling Order [DE20], the deadline for the Parties to file motion to amend pleadings or join Parties is May 28, 2018. Per said Order [DE20], the Parties shall complete all discovery, including expert discovery, by October 19, 2018.

2. On April 18, 2018, Plaintiff issued the Notice of Taking Defendants' Depositions on the mutually agreed to dates of May 16, 2018, and May 17, 2018.[1]

3. Thereafter, on May 4, 2018, at the request of Defendants, Plaintiff served the First Re-Notice of Defendants' Depositions, switching the order of the deponents, to occur on the same dates of May 16, 2018, and May 17, 2018. *See,* Rule 30(b)(1)("a party who wants to depose a person by oral question must given reasonable written notice to ever other party.").

---

[1] Defendants' requested that each individual Defendant be set on a different day and Plaintiff obliged.

4. On May 15, 2018, the day prior to the mutually agreed to Defendants' depositions, Defendants advised that they would not be able to attend their depositions due to a conflict. Despite Plaintiff's conferral efforts, Defendants have refused to elaborate on the what the "conflict" is, especially in light of the fact that Defendants' depositions were set on a mutually agreed to date and time, approximately one (1) month in advance of the depositions.

5. Defendants have refused to appear for their depositions and have provided alternative dates for the depositions to be set at the end of the month of May, 2018. The Parties have not yet agreed to alternative dates.

6. Subsequent to Defendants' depositions, Plaintiff may find it necessary to amend the pleading and/or add parties to the instant action.

7. Plaintiff has implored Defendants to agree to any date to occur prior to the amendment deadline of May 28, 2018, so that there is no prejudice to Plaintiff in the event that the depositions necessitate an amendment. Plaintiff has willingly agreed to cooperate with Defendants and to reschedule Defendants' depositions to occur on a mutually agreed to alternative date so long as same occurs prior to the amendment deadline; Defendants are refusing to cooperate.

8. Plaintiff has advised that the Court may not rule on the instant Motion prior to the amendment deadline and that the Court may not necessarily grant the requested relief. Plaintiff has advised that Plaintiff intends to have the Court Reporter issue a Certificate of Non-Appearance (CNA) and will be seeking to compel fees and costs in relation to Defendants' non-appearance. Defendants have not filed a Motion for Protective Order and same has not been granted; the filing of a motion for a

    Protective Order does not excuse the movant from complying with the discovery requested. *See, Discovery Practice in the United States District Court Middle District of Florida,* § VI B; *See also, King v. Fidelity National Bank of Baton Rouge,* 712 F.2d 188, 191 (5th Cir.1983) (per curiam), *cert. denied* 465 U.S. 1029, 104 S.Ct. 1290, 79 L.Ed.2d 692 (1984); *In re Skyway Development Corp.,* 67 B.R. 674, 677 (Bankr.M.D.Fla.1986); *Williams v. Am. Tel. & Tel. Co.,* 134 F.R.D. 302, 303 (M.D. Fla. 1991). **Plaintiff reserves all rights regarding Defendants' failure to appear for their depositions as scheduled on a mutually agreed to date and time and this Motion in no way should be interpreted as Plaintiff waiving same.**

9. The requested relief is not intended for delay and will not impact the remaining discovery deadlines. Further, the request is a direct result of Defendants' "conflict" and Plaintiff's inability to depose Defendants, critical witnesses, prior to the amendment deadline.

10. Defendants do not oppose the requested relief.

11. As such, Plaintiff respectfully requests that Plaintiff be granted a two (2) week extension of time, through to June 11, 2018, to file motion to amend pleadings or join Parties.

## MEMORANDUM OF LAW

    The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4

(S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995).

The requested enlargement is not sought for purposes of delay and is filed in an abundance of caution as the information elicited at Defendants' depositions may give rise for the need to amend and/or join parties. The reason for the requested relief is a direct result of Defendants' "conflict" and non-appearance at the mutually agreed to scheduled depositions and through no fault of Plaintiff.

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS PLAINTIFF BE GRANTED A TWO (2) WEEK EXTENSION OF TIME, THROUGH TO JUNE 11, 2018, TO FILE MOTION TO AMEND PLEADINGS OR JOIN PARTIES.

### CERTIFICATE OF CONFERRAL

Defense counsel does not oppose the instant Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 5/15/18 TO:

**ENA TERESA DIAZ, ESQ.**
**ENA T. DIAZ, P.A.**

**999 PONCE DE LEON BLVD., SUITE 720
CORAL GABLES, FL 33134
PH: 305-377-8828
FAX: 305-356-1311
EMAIL: EDIAZ@ENADIAZLAW.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____
RIVKAH JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20886-CIV-KMW

DIVA GRACIELA GALLARDO,             )
                                    )
            Plaintiff,              )
    vs.                             )
                                    )
ENRIQUE UBARRI,                     )
LILLIANA TORRES,                    )
                                    )
            Defendants.             )
_____)

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE DEADLINE TO AMEND PLEADINGS OR JOIN PARTIES

This cause, having come before the Court on Plaintiff's Unopposed Motion for Clarification of [DE69], and the Court being duly advised in the premises, it is ORDERED, and ADJUDGED that said Motion is GRANTED and therefore:

PLAINTIFF SHALL HAVE THROUGH TO JUNE 11, 2018, TO FILE MOTION TO AMEND PLEADINGS OR JOIN PARTIES

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record