UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-CIV-WILLIAMS/TORRES

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

## CROSS-NOTICE OF DISCOVERY HEARING

Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through undersigned counsel, and pursuant to the Order Setting Discovery Procedures of the United States Magistrate Judge Edwin G. Torres, hereby file their Cross-Notice of Discovery Hearing scheduled on Friday, June 29, 2018, at 2:30 p.m., before the Honorable Edwin G. Torres, at the Lawrence King Federal Justice Building, 99 N.E. 4th Street, Tenth Floor, Courtroom 5, Miami, FL 33132, and respectfully state as follows:

**Substance of Discovery Matter to be Heard**

1. Defendants' request for better responses from Plaintiff to Defendants' First Set of Interrogatories Nos. 4, 9, 11, 15, 16, 17, 22, and 23

2. Defendants' request for better responses from Plaintiff to Defendants' First Set of Request for Production Nos. 1-3, 5, 10-16, 18-21, 24-26.

**Certificate of Good Faith**

On Thursday, June 14, 218, counsel for Defendants contacted counsel for Plaintiff via e-mail outlining each deficiency for the above-referenced discovery responses.  Counsel for Plaintiff responded on Monday, June 18, 2018, and the parties were unable to reach an agreement.

Dated: June 18, 2018

                                              Respectfully submitted,

                                              _____s/Ena T. Diaz_____
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.:  (305) 377-8828
Fax:  (305) 356-1311
ediaz@enadiazlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the Cross-Notice of Discovery Hearing (Case No. 18-cv-20886) was served via e-mail on counsel for Plaintiff, Rivkah F. Jaff, Esq., (rivkah.jaff@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL  33141, on this 18th day of June 2018.

                                              _____s/Ena T. Diaz_____
Ena T. Diaz