UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-CIV-WILLIAMS/TORRES

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF DISCOVERY HEARING

Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through undersigned counsel, and pursuant to the Order Setting Discovery Procedures of the United States Magistrate Judge Edwin G. Torres, hereby file their Notice of Discovery Hearing scheduled on Friday, August 24, 2018, at 11 a.m., before the Honorable Edwin G. Torres, at the Lawrence King Federal Justice Building, 99 N.E. 4th Street, Tenth Floor, Courtroom 5, Miami, FL 33132, and respectfully state as follows:

**Substance of Discovery Matter to be Heard**

1. Plaintiff failed to provide documents responsive to Defendants' First Request for Production Nos. 21 and 25, as required pursuant to this Court's ruling at a discovery hearing held on June 28, 2018.  The deadline to provide the responsive documents was July 12, 2018.

2. Namely, Plaintiff has failed to provide a copy of her 2017 Income Tax Return and a download of her Facebook accounts.   Further, Plaintiff has failed to provide a complete tax return for the year 2015.

**Certificate of Good Faith**

On Tuesday, August 7, 2018, counsel for Defendants contacted counsel for Plaintiff via e-mail outlining Plaintiff's failure to comply with the Court's ruling as referenced above. Counsel for Plaintiff responded; however, the parties are unable to reach an agreement. Further, counsel for Plaintiff refused to provide her availability to schedule a hearing on these discovery issues in response to a written request with proposed dates and times that this Honorable Court was available to schedule a discovery hearing.

Dated: August 7, 2018

Respectfully submitted,

s/Ena T. Diaz
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Notice of Discovery Hearing (Case No. 18-cv-20886) was served via e-mail on counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 7th day of August 2018.

s/Ena T. Diaz
Ena T. Diaz