UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-CIV-WILLIAMS/TORRES

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL**
**OF NOTICE OF DISCOVERY HEARING**

Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through undersigned counsel, hereby file their Notice of Withdrawal of Defendants' Notice of Discovery Hearing [DE 39], scheduled for Friday, August 24, 2018, before the Honorable Edwin G. Torres.

Dated: August 10, 2018

                                                Respectfully submitted,

                                                _____s/Ena T. Diaz_____
                                                Ena T. Diaz
                                                Fla. Bar No. 0090999
                                                ENA T. DIAZ, P.A.
                                                *Attorney for Defendants*
                                                999 Ponce De Leon Blvd. – Ste 720
                                                Coral Gables, FL 33134
                                                Tel.: (305) 377-8828
                                                Fax: (305) 356-1311
                                                ediaz@enadiazlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Defendants' Notice of Withdrawal of Notice of Discovery Hearing (Case No. 18-cv-20886) was filed with the Clerk of the Court through the CM/ECF system which will in turn send a Notice of Electronic Filing to counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 10th day of August 2018.

                                                                     s/Ena T. Diaz
                                                                     Ena T. Diaz