UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-CIV-WILLIAMS/TORRES

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF DISCOVERY HEARING

Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through undersigned counsel, and pursuant to the Order Setting Discovery Procedures of the United States Magistrate Judge Edwin G. Torres, hereby file their Notice of Discovery Hearing scheduled on Friday, September 14, 2018, at 2:30 p.m., before the Honorable Edwin G. Torres, at the Lawrence King Federal Justice Building, 99 N.E. 4th Street, Tenth Floor, Courtroom 5, Miami, FL 33132, and respectfully state as follows:

**Substance of Discovery Matter to be Heard**

1. Plaintiff failed to provide documents responsive to Defendants' Second Request for Production No. 3.  The deadline to provide the responsive documents was July 18, 2018.  Namely, Plaintiff has failed to provide copies of credit card statements reflecting the groceries that she purchased for herself during the period employment with Defendants of which she testified during the taking of her deposition.

**Certificate of Good Faith**

On Friday, August 10, 218, counsel for Defendants contacted counsel for Plaintiff via e-mail outlining the deficiency for the above-referenced discovery response.  Counsel for Plaintiff responded on Monday, August 13, 2018; however, the parties were unable to reach an agreement.

Dated: August 16, 2018

                                            Respectfully submitted,

                                            _____s/Ena T. Diaz_____
                                            Ena T. Diaz
                                            Fla. Bar No. 0090999
                                            ENA T. DIAZ, P.A.
                                            *Attorney for Defendants*
                                            999 Ponce De Leon Blvd. – Ste 720
                                            Coral Gables, FL 33134
                                            Tel.:  (305) 377-8828
                                            Fax:  (305) 356-1311
                                            ediaz@enadiazlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Defendants' Notice of Discovery Hearing (Case No. 18-cv-20886) was served via e-mail on counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL  33141, on this 16th day of August 2018.

                                            _____s/Ena T. Diaz_____
                                            Ena T. Diaz