UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-CIV-WILLIAMS/TORRES

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

## DEFENDANTS' AMENDED NOTICE OF DISCOVERY HEARING

Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through undersigned counsel, and pursuant to the Order Setting Discovery Procedures of the United States Magistrate Judge Edwin G. Torres, hereby file their Amended Notice of Discovery Hearing scheduled on Friday, September 14, 2018, at 2:30 p.m., before the Honorable Edwin G. Torres, at the Lawrence King Federal Justice Building, 99 N.E. 4th Street, Tenth Floor, Courtroom 5, Miami, FL 33132, and respectfully state as follows:

### Substance of Discovery Matters to be Heard

1. Plaintiff failed to provide documents responsive to Defendants' Second Request for Production No. 3. The deadline to provide the responsive documents was July 18, 2018. Namely, Plaintiff has failed to provide copies of credit card statements reflecting the groceries that she purchased for herself during the period employment with Defendants of which she testified during the taking of her deposition.

2. Defendants subpoenaed the cell phone records for the Plaintiff from T-Mobile, her cell phone provider, on June 7, 2018 for the period beginning August 1, 2014 through February 28, 2018. T-Mobile recently responded to the subpoena indicating that Plaintiff's cell phone service was activated on September 14, 2015 and terminated on August 22, 2016. In response to Interrogatory No. 22 of Defendants' First Set of Interrogatories, Plaintiff stated that "during the relevant time period, my cell provider was T-Mobile…" Plaintiff provided the same response in the Amended Response she submitted to Interrogatory No. 22 on July 11, 2018 and her Second Amended Response to Interrogatory No. 22 dated July 16, 2018.

At her deposition, Plaintiff testified that T-Mobile was her cell phone provider throughout the period that she worked at Defendants' home. Further, Plaintiff testified that her cell phone number was the same throughout the period of her employment at Defendants' home. Plaintiff's son was deposed on August 14, 2018 and he testified that there were instances in which he paid Plaintiff's cell phone bill and that his wife often downloaded Plaintiff's cell phone statements.

Given T-Mobile's response to the subpoena, counsel for Defendants asked Plaintiff if she would agree to provide the statements covering the period from December 2014 through June 30, 2016. Counsel for Plaintiff claims that her client does not have online access to the documents and thus, cannot produce the requested documents. Plaintiff's son's testimony contradicts her deposition testimony. Further, as the account holder, Plaintiff may obtain access to the statements requested.

3. At the discovery hearing on June 29, 2018, the Court ordered Plaintiff to download the data/information contained in her Facebook accounts for the period she worked at the Ubarri home. The deadline to produce the Facebook records was July 12, 2018. The download of the Plaintiff's Facebook accounts was not timely provided. On August 9, 2018, Plaintiff submitted an "affidavit"

with a circuitous explanation as to why she cannot download this information, which is nothing more than a deliberate attempt to be difficult and delay this matter.  Defendants challenge the sufficiency of this affidavit and seek this Court's intervention by way of a subpoena issued by this Court and/or an Order to compel Plaintiff to comply with the Court's ruling issued on June 29, 2018.

## Certificate of Good Faith

On Friday, August 10, 218, counsel for Defendants contacted counsel for Plaintiff via e-mail outlining the deficiency for the discovery response referenced in paragraph 1 above.  Counsel for Plaintiff responded on Monday, August 13, 2018.  On Tuesday, September 4, 2018, counsel for Defendants contacted counsel for Plaintiff via e-mail requesting the production requested referenced in paragraph 2 above.  Counsel for Plaintiff responded on Wednesday, September 5, 2018.  Also, on Wednesday, September 5, 2018, counsel for Defendants contacted counsel for Plaintiff via e-mail concerning the production requested referenced in paragraph 3 above.  Counsel for Plaintiff responded on the same day.  The parties have been unable to reach an agreement as to any of the discovery issues outlined above.

Dated: September 10, 2018

Respectfully submitted,

     s/Ena T. Diaz
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.:  (305) 377-8828
Fax:  (305) 356-1311
ediaz@enadiazlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Defendants' Amended Notice of Discovery Hearing (Case No. 18-cv-20886) was served via e-mail on counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 10th day of September 2018.

                                                             s/Ena T. Diaz
                                                           Ena T. Diaz