UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-Williams/Torres

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S UPDATED STATEMENT OF CLAIM**

    Defendants, ENRIQUE UBARRI and LILLIANA TORRES (collectively referred to as "Defendants"), pursuant to the Notice of Court Practice in FLSA Cases and Referral to Magistrate Judge for Settlement Conference and Fairness Determination [DE 6], hereby file their Response to Plaintiff's Updated Statement of Claim [DE 48], and respectfully state as follows:

1. Plaintiff's "Updated" calculation filed *after* the close of discovery is the same as the calculation set forth in Plaintiff's Statement of Claim that was filed on March 16, 2018, before discovery was initiated. [DE 10]. The only "updated" section in the Updated Statement of Claim filed by the Plaintiff is the calculation of attorney's fees and costs. [DE 48 at p. 2].

2. The parties stipulated at a discovery hearing held on June 28, 2018 that Plaintiff was paid a weekly salary in the amount of $500.00, which is not mentioned in Plaintiff's Updated Statement of Claim.

3. Plaintiff's Updated Statement of Claim also fails to account for periods that she did not perform work for Defendants and thus, the calculation is based upon an incorrect period of

employment.  The periods that Plaintiff did not perform work for Defendants are as follows: October 1, 2015 to October 5, 2015; September 30, 2016 to October 3, 2016; December 8, 2016 to December 11, 2016; and December 24, 2016 to January 5, 2017; March 9, 2017 to March 12, 2017; March 27, 2017 to April 16, 2017; November 8, 2017 and November 12, 2017; November 23 and 24, 2017; December 24, 2017 to January 8, 2018; January 12-15, 2018, February 13, 2018 and February 16, 2018.   The Updated Statement of Claim drops a note followed by "****" on page 3 stating that Plaintiff's calculation does not account for certain days.  Nevertheless, the total calculation of unpaid minimum wages and liquidated damages submitted in the Updated Statement of Claim filed on October 24, 2018 [DE 48] remained the same as in Plaintiff's Statement of Claim filed on March 16, 2018 [DE 10].

4.  Plaintiff's partial cell phone records as well as the incomplete Facebook[1] and Google Search downloads of activity[2] serve to demonstrate that Plaintiff could not have worked 144 hours or 96 hours for some periods of employment, as Plaintiff continues to claim in her Updated Statement of Claim, filed *after* the close of discovery.

---

[1] The incomplete records received from T-Mobile in response to a subpoena issued by Defendants based upon information provided by Plaintiff and Plaintiff's incomplete responses to Defendants' request to download the data/information contained in her Facebook accounts for the period that she worked for Defendants were the subject of the discovery hearing held on September 14, 2018 before Judge Torres.  [DE 42]; [DE 45].  Judge Torres required the parties to submit certain information to his court e-mail address on or before September 21, 2018 so that the Court may issue a subpoena to T-Mobile and Facebook for the information requested by Defendants.  The information requested by Judge Torres was provided on September 19, 2018.

[2] The incomplete response to Defendants' Request for Production concerning Plaintiff's Google Search history is the issue to be heard at Judge Torres' discovery hearing set for November 9, 2018 at 1:30 p.m. [DE 46].

DATED this 29th day of October 2018.

Respectfully submitted,

_____s/Ena T. Diaz_____
Ena T. Diaz
Florida Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for the Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax.: (305) 356-1311
ediaz@enadiazlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed Defendants' Response to Plaintiff's Updated Statement of Claim (Case No. 18-cv-20886-KMW) with the Clerk of Court by using the CM/ECF system which will in turn send a notice of electronic filing to counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 29th day of October 2018.

_____s/Ena T. Diaz_____
Ena T. Diaz