UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-Williams/Torres

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR CONTINUANCE
OF THE REMAINING PRE-TRIAL DEADLINES AND TRIAL DATE**

    Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through their undersigned counsel, and pursuant to S.D. Local Rule 7.1, hereby file their Motion for Continuance of the Remaining Pre-Trial Deadlines and Trial Date. In support of their Motion, Defendants respectfully state as follows:

    1. Defendants seek to continue the remaining pre-trial deadlines and trial date of this matter because they have not yet received responsive documents to the subpoenas that were issued by the Court to Facebook and T-Mobile, in accordance with Judge Torres' ruling at the September 14, 2018 discovery hearing. [DE 42], [DE 43], [DE 45]. On September 19, 2018, undersigned counsel sent Judge Torres the information he ordered the parties to provide so that the Court could issue the subpoenas to Facebook and T-Mobile.

2. Additionally, Defendants noticed another discovery dispute for hearing before Judge Torres on Friday, November 9, 2018. [DE 46], [DE 50]. This was the first available date agreed to by the parties of the discovery hearing dates that the Court had available.

3. The parties have complied to date with all of the pre-trial deadlines set forth in the Court's Scheduling Order [DE 20].

4. Defendants seek the continuance of the pre-trial deadlines and trial because of the outstanding responses to the Court-ordered subpoenas to Facebook and T-Mobile.

5. This continuance is not requested to unduly delay this litigation. Moreover, this request for a continuance is not the result of lack of diligence on the part of Defendants.

6. No previous requests for continuance of the remaining pre-trial deadlines and trial date have been made by either party.

7. Defendants propose the following schedule:

   a. <u>February 18, 2019</u>: The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), or any other basis.
   b. <u>April 18, 2019</u>: The Parties shall each file one motion *in limine*.
   c. <u>May 16, 2019</u>: The Parties shall file a joint pre-trial stipulation, exhibit lists, and witness lists in accordance with Local Rule 16.1(d). The Parties shall also file proposed jury instructions or conclusions of law (for non-jury trials).
   d. <u>May 20, 2019</u>: The Parties shall file their deposition designations.
   e. Two-week trial period commencing June 3, 2019.[1]

8. Before filing this Motion, undersigned counsel conferred with counsel for Plaintiff. Ms. Rivkah Jaff stated that Plaintiff opposed the requested continuance.

---

[1] Undersigned counsel is on a two-week trial calendar commencing May 13, 2019. *Caplan v. Sun Air Windows of Florida, Inc., Eduardo Diaz Lanz and Emelina Diaz Lanz,* U.S. District Court, S.D. Fla., Case No. 18-cv-22352. Because of the religious holidays in April, undersigned counsel did not propose a trial date in April 2019.

WHEREFORE, based upon the foregoing, Defendants request that this Honorable Court enter an Order Granting Defendants' Motion for Continuance of the Remaining Pre-Trial Deadlines and Trial Date or enter a revised Scheduling Order that the Court deems just and proper. DATED this 8th day of November 2018.

Respectfully submitted,

s/Ena T. Diaz
Ena T. Diaz
Florida Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for the Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.:  (305) 377-8828
Fax.: (305) 356-1311
ediaz@enadiazlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed Defendants' Motion for Continuance of the Remaining Pre-Trial Deadlines and Trial Date (Case No. 18-cv-20886-KMW) with the Clerk of Court by using the CM/ECF system which will in turn submit a Notice of Electronic Filing to counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL  33141, on this 8th day of November 2018.

s/Ena T. Diaz
Ena T. Diaz