UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-cv-20886-Williams/Torres

DIVA GRACIELA GALLARDO,

    Plaintiff,

v.

ENRIQUE UBARRI,
LILLIANA TORRES,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Defendants, ENRIQUE UBARRI and LILLIANA TORRES, by and through their undersigned counsel, and pursuant to Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the Southern District of Florida, hereby file their Unopposed Motion for Enlargement of Time to File a Response to Plaintiff's Motion for Partial Summary Judgment. In support of their Unopposed Motion, Defendants respectfully state as follows:

    1. Plaintiff filed a Motion for Partial Summary Judgment [DE 61] and a Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment [DE 62] on December 14, 2018. The deadline to file a response to Plaintiff's Motion for Partial Summary Judgment is Friday, December 28, 2018.

    2. Given the upcoming Christmas and New Year's holidays, Defendants' travel plans, and undersigned counsel's schedule, Defendants seek an enlargement of time up through and including Friday, January 4, 2019.

3. This request for enlargement of time is made in good faith and is not intended to create delay. The parties will not be prejudiced by the granting of this brief enlargement of time.

4. Federal Rule of Civil Procedure 6(b)(1)(a) provides that when, under the Federal Rules of Civil Procedure, an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion order the period enlarged if the request is made before the expiration of the period described.

5. Undersigned counsel has conferred with Ms. Rivkah Jaff, counsel for Plaintiff, and is authorized to represent that Plaintiff does not object to the requested enlargement of time.

WHEREFORE, based upon the foregoing, Defendants request that this Honorable Court enter an Order allowing Defendants to file their response to Plaintiff's Motion for Partial Summary Judgment by Friday, January 4, 2019.

DATED:  December 19, 2018.

                                                          Respectfully submitted,

                                                          _____s/Ena T. Diaz_____
                                                          Ena T. Diaz
                                                          Florida Bar No. 0090999
                                                          ENA T. DIAZ, P.A.
                                                          *Attorney for Defendants*
                                                          999 Ponce De Leon Blvd. – Ste 720
                                                          Coral Gables, FL 33134
                                                          Tel.:  (305) 377-8828
                                                          Fax.: (305) 356-1311
                                                          ediaz@enadiazlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed Defendants' Unopposed Motion for Enlargement of Time to File a Response to Plaintiff's Motion for Partial Summary Judgment (Case No. 18-cv-20886-KMW) with the Clerk of Court by using the CM/ECF system which will in turn submit a Notice of Electronic Filing to counsel for Plaintiff, J.H. Zidell, Esq. (zabogado@aol.com), Rivkah F. Jaff, Esq. (rivkah.jaff@gmail.com), and Neil Tobak, Esq. (ntobak.zidellpa@gmail.com), J.H. Zidell, P.A., 300-71st Street, Suite 605, Miami Beach, FL 33141, on this 19th day of December 2018.

                                                s/Ena T. Diaz
                                                Ena T. Diaz